MICHELE BECKWITH
Acting United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>MICHAEL B. BROOKS,<br><br>          Defendant. | Case No. 5:25-po-00068-CDB<br><br>[Citation #09888013, CA/14]<br><br>MOTION TO AMEND LISTED COLLATERAL AMOUNT ON CITATION |

The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to amend [Citation #09888013, CA/14] in Case No. 5:25-po-00068-CDB against MICHAEL B. BROOKS, so that the listed total collateral amount is $180.00.

DATED: March 25, 2025                    Respectfully submitted,

                                         MICHELE BECKWITH
                                         Acting United States Attorney

                                By:      /s/ *Chan Hee Chu*
                                         CHAN HEE CHU
                                         Assistant United States Attorney

                                                             USA v. Brooks
                                                 Case No. 5:25-po-00068-CDB

# **O R D E R**

IT IS HEREBY ORDERED that [Citation #09888013, CA/14] in Case No. 5:25-po-00068-CDB against MICHAEL B. BROOKS, is amended to reflect the listed total collateral amount is reduced to $180.00.

IT IS SO ORDERED.

Dated:   **March 25, 2025**

_____
UNITED STATES MAGISTRATE JUDGE