# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL BROOKS,<br><br>　　　　Defendant. | Case No. 5:25-po-00068-CDB<br><br>CVB Violation 09888013/ CA14<br><br>ORDER TO REFUND OVERPAYMENT<br><br>(Doc. 8) |

　　　　Defendant Michael Brooks was issued Violation Notice 09888013 with a total collateral due of $180.00. On April 1, 2025, the Court authorized defendant to complete traffic school and pay the collateral of $180.00 on or before June 30, 2025. On June 25, 2025, Defendant paid a total of $195.00. Accordingly, the Court accepted it as payment in full and closed the case.

　　　　Because Defendant overpaid on the collateral due, the Court HEREBY ORDERS that a refund be issued to Defendant in the amount of $15.00.

IT IS SO ORDERED.

　　Dated: __June 25, 2025__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE